HOME　　　　EXPOSING CAUSES ⌄　　　　SEEKING JUSTICE ⌄　　　　PROTECTING OUR FUTURE ⌄

CHAPTERS ⌄　　　KENNEDY NEWS & VIEWS ⌄　　　RESEARCH ⌄　　　ABOUT US ⌄　　　STORE ⌄

DONATE

JOIN THE MOVEMENT　　SUPPORT OUR EFFORTS　　TAKE ACTION　　MEMBERS ONLY

EBOOKS

APRIL 28, 2020

# Critical Questions for Dr. Shiva About His Attempts to Splinter the Health Freedom Movement



Print

**By Robert F. Kennedy, Jr., Chairman, Children's Health Defense**

For many months I have remained silent in the face of defamatory and dishonest attacks against me by Dr. Shiva Ayyadurai. My approach was to ignore the sniping to preserve the unity of the

Health Freedom Movement. However, Shiva has expanded his malevolent campaign to include venomous salvos against our community's most prominent and effective leaders, including **Del Bigtree**, **Mark Blaxill**, **Dr. Rashid Buttar**, **Polly Tommey** and Samoan-Australian activist **Taylor Winterstein**. Because he now has some of our outstanding spokesmen in his gun-sites, and because his poisonous volleys have begun to damage the solidarity that is critical to our success, I reluctantly make this response.

## Little Lies / Big Lies

I had never heard of Shiva when he approached me on the street following a January 6th, 2020 Trenton rally. We had a friendly chat and took a photo. Afterward, he tweeted that I had refused to shake his hand. A half-dozen photos of us shaking hands soon surfaced, proving his statements false. It was only then that I learned he was running as a fringe candidate for U.S. Senate against my nephew, Massachusetts Congressman Joseph Kennedy. It is axiomatic that a man who lies about small things, will also lie about the large. I made a note to fact check Shiva's assertions. I advise others to take similar precautions.







5/8/2020      Critical Questions for Dr. Shiva About His Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY Document 1-2 Filed 05/12/20 Page 5 of 21





## Attacking Our Leaders

**Del Bigtree**, **Mark Blaxill**, **Polly Tommey** and **Dr. Rashid Buttar**
are battle proven veterans deeply scarred by incalculable personal sacrifices suffered on the front-line trenches during decades of hand to hand combat against Pharma, corrupt regulators and the medical cartel. They have published, litigated, campaigned, debated, testified, strategized, organized, informed, and defended. I am proud to have served with each of them in dozens of state capitals, speaking at



rallies, testifying before state legislatures, and meeting with public officials. They have emptied their





personal bank accounts and, at times, ruined their health in service to our cause. They have each played indispensable roles in building the institutions that have helped us coalesce into the coherent and powerful movement that now threatens the Pharmaceutical paradigm. They have given us every reason to trust them and no reason for doubt. Shiva's claim that these individuals are "controlled opposition" are patently absurd.



# Undermining State Health Freedom Advocates



Shiva has viciously attacked the brilliant Health Choice Massachusetts (HCM) organizer, **Candice Edwards**. Edwards and her HCM co-founder, **Allison Chapman** lead the battle to derail the repeal of vaccine exemptions in Boston. Shiva tried to sabotage the group's efforts, by showing up at Legislature Hearings without the science panel he had promised and delivering self-promotional testimony so loaded with insulting vulgarity and invective, that the Public Health Committee shut down the hearing, calling Shiva "a prick." Shiva then picked a loud fight with one of the moms accusing her of using her child for political purposes. "He threw us under the bus," Edwards recalls. Shiva accuses **Edwards** of being "controlled opposition."



*When Shiva calls Movement leaders "controlled opposition," is he speaking of himself?*

Instead of preaching science, Shiva spends money from his Health Freedom donor base digging up dirt on other activists. Shiva employs a full-time "Negative Research" investigator, **Jennifer Bennett**, to excavate and invent defamatory gossip about Health Freedom Groups and their leaders in Massachusetts and nationally. In his war against our Movement, Shiva employs all the classic strategies and gambits prescribed by psychological warfare experts, in our Intelligence Services, for disrupting social reform movements when they begin to gather steam and threaten the power of entrenched vested interests.



Samoan-Australian activist Taylor Winterstein

So why, beside malignant narcissism, would a newcomer to our Movement seek to undermine our most effective and influential leaders and divide our forces? I don't like to speculate about people's motives, but it is a common motif among a certain species of scoundrel to project their own villainy in their slandering of others. Do Shiva's accusations that all of us are "controlled opposition" reveal his own motivations?

Some hints to that answer may lie among the things Shiva doesn't tell us.

## Shiva, the Vaccine Maker

Shiva never mentions the fact that he is a vaccine maker. Shiva owns a pharmaceutical company, **Cytosolve**, that partners with vaccine and drugmakers to accelerate FDA approvals for vaccines and other pharmaceutical drugs. His principal business partner is **Pfizer**, the world's #4 vaccine maker. Are Shiva's attacks on our Movement calculated pandering, to court affection from **Pfizer** and the HHS regulators––upon whose favor his financial success relies––and to win their blessings by discrediting a Movement that questions vaccine products?



## About CytoSolve

CytoSolve, Inc. is a start-up founded by two MIT scientists, ==V. A. Shiva Ayyadurai, PhD== and C. Forbes Dewey Jr., PhD CytoSolve has developed the world's first computational platform for scalable integration of molecular pathway models. Our platform provides an important contribution to the field of Systems Biology. Using CytoSolve™, complex molecular pathway models have been tested and built for EGFR, nitric oxide and Interferon (IFN) pathways. Without CytoSolve™, the integration of complex molecular pathway models is largely manual, time-consuming and in many cases, not possible.

==At CytoSolve, Inc., we use our platform for drug development in the fields of vaccines==, liver cancer and heart disease. We also provide opportunities for commercial companies such as ==biotech and pharmaceutical companies== to work with us to use the CytoSolve™ platform for supporting their internal ==drug development process.==

## Founders

### V. A. Shiva Ayyadurai, Ph.D.

Co-founder. President & CEO



5/8/2020    Critical Questions for Dr. Shiva About His Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY    Document 1-2    Filed 05/12/20    Page 10 of 21

pharmaceutical industry is in peril because of its medieval product development approach that is unable to predict toxicity and risk upfront in the development process. Meanwhile, the emerging market for supplements, herbs, and functional foods, while a potential alternative to conventional medical interventions such as drugs, <mark>vaccines</mark> and cell therapies, is producing products in an ad-hoc and unscientific manner.

CytoSolve provides a revolutionary technology platform for addressing the major problems across both conventional and alternative industries by addressing a fundamental problem in the product development of pharmaceuticals, nutraceuticals, <mark>vaccines</mark>, supplements, functional foods, and cosmeceuticals: the inability to determine efficacy and toxicity, upfront in the product development process, without the need for animal testing and risk to humans during clinical trials.

5/8/2020                    Critical Questions for Dr. Shiva About His Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY   Document 1-2   Filed 05/12/20   Page 11 of 21



**Shiva's business model requires him to court favor with vaccine companies.**

## Shiva made his money from the Clintons

Shiva claims to have invented Email (Smithsonian says Shiva's claim is untrue and a Federal court has agreed). In fact, Shiva made his fortune running Email operations for **President Bill and Hillary Clinton** during the White House years. (It is ironic, therefore, that he accuses others of consorting with the Clintons). The Clinton contract propelled his company, **EchoMail**, to a $200 million valuation.



several start-up companies. In 1992 he created a program for the White House to automatically analyze and sort incoming emails from US citizens to President Bill Clinton, which was the foundation for his company EchoMail, Inc. EchoMail achieved a market valuation of nearly $200 million. He has appeared in several prominent publications including *MIT Technology Review*, *Wall Street Journal*, *New York Times*, *NBC News*, *USA Today*, as well as other major media platforms. The *Improper Bostonian* named Shiva among their "Top 40 Under 40." He has also authored books about the Internet and early social media, namely *Arts and the Internet* and *The Internet Publicity Guide*, respectively.

V. A. Shiva continues his passion for entrepreneurialism as managing director of General Interactive, a venture incubator that cultivates, mentors, and funds new start-ups in various areas including rural healthcare, media, biotechnology, and information technology, among others. He has launched Innovation Corps, which fuels innovation among teenagers worldwide. He serves as a consultant to CEOs and executive

## Shiva, Partner to Microsoft

Shiva's **Echomail** partner was **Bill Gates' Microsoft**. Even today, Shiva lists **Microsoft** as his partner on his **EchoMail** homepage. **Gates**, the world's most prominent and vocal advocate for universal mandatory vaccination is also a proponent for tagging human beings with injected technologies for tracking vaccine records. Both **Microsoft** and **Gates** are leading industry efforts to develop a subdermal biometric chip system. Shiva's success at dividing our movement and undermining and discrediting our leadership might ingratiate him with these business partners.



## Shiva and Bill Gates

5/8/2020                    Critical Questions for Dr. Shiva About His Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY   Document 1-2   Filed 05/12/20   Page 13 of 21

It is noteworthy that Shiva consistently mutes his criticism of **Bill Gates**, seeking to deflect public anger at **Gates** towards **Hillary Clinton**. This makes no sense. Hillary's views on mandatory vaccines are abhorrent, but



unlike Gates whose ownership of the **WHO** and **GAVI**, the **Vaccine Alliance** allows him to dictate global vaccine policy, Hillary is an out-of-work politician with no political power. The Clinton Foundation is virtually defunct and bootless as an arbiter of public health policy. Why does Shiva shield Gates and insist that Hillary is the more important target?

## Shiva and 5G

Both **Gates** and **Microsoft** hold leading stakes in the burgeoning wireless infrastructure expansion. Gates' subdermal chip systems will be capable of meshing with Gates' extensive new 5G antennae and satellite deployments, to harvest, not only our vaccination and medical data, but also lucrative information about our movements, our purchases, and our desires, at the granular level. Shiva lists his other business partners as the principle Big Data Titans, **Dell**, **Oracle** and **IBM** which all stand to make a killing on the current 5G expansion. Is this why Shiva refuses to condemn 5G?





## How Does Shiva Escape Censorship?

Shiva is the only leader in our Movement who doesn't suffer the Social Media censorship that bedevils the rest of us. His capacity to boost his audience, his immunity from shadow-banning and from eviction from his platforms has allowed him to exponentially expand his base, as the rest of us struggle past the censors to reach our audiences, one follower at a time. Why are Facebook, Google, and Instagram showering love on Shiva while they strangle the rest of us? Why does Silicon Valley boost Shiva and smother us?



5/8/2020                    Critical Questions For Dr Shiva About His Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY Document 1-2 Filed 05/12/20 Page 15 of 21

# Shilling for Silicon Valley Big Data Billionaires

Shiva has previous experience shilling for Big Data/Telecom. In 2010, Shiva served as front man to **PayPal's** Silicon Valley titan, **Peter Thiel**. Thiel was campaigning to destroy **Gawker** in revenge for its unflattering article about himself. Thiel funded Shiva to file a defamation law suit against **Gawker** for reporting that Shiva lied about inventing Email. Shiva, of course, lost the law suit, but the ruinous costs of the litigation helped bankrupt Gawker, which was always Thiel's purpose. Shiva may have discovered, from that transaction, the economic opportunities in shilling for Silicon Valley's Big Data Barrons.

Silicon Valley is deeply entrenched with the **CIA** and the **Pentagon** in cyber-warfare efforts and in developing AI surveillance systems that can compete with the Chinese. The Silicon Valley/CIA partnership has its own secretive Federal agency, the National Security Commission, chaired by ex Google CEO, **Eric Schmidt**. Their strategy is to roll out 5G as a comprehensive security and surveillance superstructure that will serve as a platform for new surveillance technologies. This sinister cabal undoubtedly see the evolving Health Freedom coalition between anti 5G and anti Pharma activists as an obstacle to their ambitions.

## Why Does Shiva Want to Push Democrats Out of the Health Freedom Movement?

Shiva's insistence that Democrats disown their party, before being welcomed into the Health Freedom Movement, and his attacks on anyone who ever voted for Hillary or any other prominent Democrat, seem deliberately calculated to foment destructive partisanship and to drive Democrats from our Movement. Shiva knows that for us to succeed, our Movement requires political diversity, unity, harmony and a big tent. We welcome citizens of every nation and every political stripe. We don't impose ideological tests or check party affiliations. I, myself, am a lifelong Democrat, but I understand that this issue must transcend party affiliations. All of our best leaders comprehend that there is no such thing as a Republican child or a Democratic child. I have worked effectively and aggressively across the nation, with Republicans—including **President Trump**. Trump, who himself donated $1,000,000 to the Clinton Foundation in 2009, did not hold my previous support for Hillary against me. He welcomed the opportunity to burnish the project's bipartisan *bona fides*.

Our bipartisan approach is effective, and frightening to Pharma. Is this why Shiva is trying so hard to excite political hatred among our followers, and to polarize us along party lines?

5/8/2020     Critical Questions for Dr. Shiva About His Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY Document 1-2 Filed 05/12/20 Page 16 of 21



**World Mercury Project**
3 hrs · 🌐

BREAKING NEWS: Robert F. Kennedy, Jr. met with President Elect Donald Trump today and has agreed to chair a 1 year commission on vaccine safety and scientific integrity. For free updates, go to www.worldmercuryproject.org and also follow us on Facebook and Twitter.



# Can Shiva Pass his Own Ideological Test?

Shiva's insistence on ideological purity is ironic at best and duplicitous and deceptive at worst, given his own ambiguous political theologies. To win the top spot on the G.O.P.'s U.S. Senate ballot, Shiva persuaded Massachusetts



Republicans that he was a staunch, dyed-in-the-wool Right-wing Trump supporter. Elsewhere, however, he brags of being a committed socialist and communist sympathizer. His wavering affiliations beg the question: Who is Shiva, and does he stand for anything beyond personal opportunism?

5/8/2020    Critical Questions for Dr. Shiva About His Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY    Document 1-2    Filed 05/12/20    Page 17 of 21



## Psy-Ops Tactics

Shiva does not litigate, publish or fund scientific research, build institutions, treat patients, or collaborate with other leaders. He has demonstrated no inclination to work with the rest of us to build a Movement, powerful enough to confront the **Big Pharma** and the **Big Data/Telecom** tyrants. He behaves, in every instance, like a man determined to tear down all that others have built up. People who still believe in Shiva might demand to know why he chooses to spare **FDA**, **Pfizer**, **Microsoft**, and **5G** his barbs, and to direct his poison instead at our proven leaders. Shiva seems intent on distracting **Del**, **Mark**, **Rashid**, **Polly**, **Taylor**, **Candice** and others from their important work. His sinister, treacherous and destructive rear guard action, fomenting and feeding schism, division, discord, and confusion that harms our Movement, plays directly into the hands of **Big Pharma**.

Shiva's followers are entitled to an explanation.

Sign up for free news and updates from Robert F. Kennedy, Jr. and the Children's Health Defense. CHD is planning many strategies, including legal, in an effort to defend the health of our children and obtain justice for those already injured. Your support is essential to CHD's successful mission.

Republishing Guidelines

## Get FREE News & Updates!

First Name..

Last Name..

Email..

Subscribe Now

## Donate Now
You make the
difference.
## Kennedy News &
## Views
Latest Articles
Children's Health
Environment
Government
Corruption
Media/Media Issues
Neurotoxins
Public & Private
Programs
Research Reviews
Vaccines
Vaccine Safety
Videos
Video Playlists

## Member Login

**Username**

**Password**

☐ Remember Me

5/8/2020     Critical Questions for Dr. Shiva about his Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY Document 1-2 Filed 05/12/20 Page 19 of 21

Login

Become a Member
Forgot/Reset
Password
FAQ

## Recent Articles



May 07, 2020

## COVID-19: The Spearpoint for Rolling Out a "New Era" of High-Risk, Genetically Engineered Vaccines



May 05, 2020

## Redfield and Birx: Can they be trusted with COVID?



May 05, 2020

## RFK, Jr. Joins EM

5/8/2020
Case 1:20-cv-10910-WGY Document 1-2 Filed 05/12/20 Page 20 of 21
Critical Questions for Dr. Shiva about His Attempts to Splinter the Health Freedom Movement • Children's Health Defense

# Radiation Research Trust in Calling Upon UK Prime Minister to Halt 5G Deployment



May 01, 2020

# Vaccinated vs. Unvaccinated —Part 9

5/8/2020    Critical Questions for Dr. Shiva about his Attempts to Splinter the Health Freedom Movement • Children's Health Defense

Case 1:20-cv-10910-WGY   Document 1-2   Filed 05/12/20   Page 21 of 21

## Search Website



**Become a Member**

# Kennedy News & Views

- Latest Articles
- Children's Health
- Environment
- Government Corruption
- Media/Media Issues
- Neurotoxins
- Public & Private Programs
- Research Reviews
- Vaccines
- Vaccine Safety
- Videos
- Video Playlists

# Featured Video



**Press Conference Video & Transcript**

© 2016-2020 Children's Health Defense, All rights Reserved • Medical Disclaimer • Privacy Policy • Contact Us