UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
DR. SHIVA AYYADURAI,                )
        Plaintiff,                )
                                    )
   v.                              ) Civ. No.   1:20-cv-10910-WGY
                                    )
ERIN ELIZABETH FINN,                )
        Defendant.                )
_____

### REQUEST FOR ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT

In accordance with Fed. R. Civ. P. 4(m), Plaintiff Shiva Ayyadurai requests a 30-day extension, to September 16, 2020, to serve the summons and complaint in the above-captioned action. Fed. R. Civ. P. 4(m) provides that such leave should be freely granted for good cause shown. In this case, Plaintiff Ayyadurai seeks settlement with the Defendant and requires additional time to do so.

                                                             Respectfully submitted,

August 17, 2020                                        /s/ *Timothy Cornell*
Boston, MA                                            Timothy Cornell BBO # 654412
                                                          Cornell Dolan, P.C.
                                                          One International Place, Suite 1400
                                                          Boston, MA 02110