UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
DR. SHIVA AYYADURAI,            )
        Plaintiff,        )
                                )
   v.                           ) Civ. No.   1:20-cv-10910-WGY
                                )
ERIN ELIZABETH FINN,            )
        Defendant.       )
_____

### SECOND REQUEST FOR ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT

In accordance with Fed. R. Civ. P. 4(m), Plaintiff Shiva Ayyadurai requests a second 30-day extension, to October 16, 2020, to serve the summons and complaint in the above-captioned action. Fed. R. Civ. P. 4(m) provides that such leave should be freely granted for good cause shown. In this case, Plaintiff Ayyadurai has attempted to serve the Defendant at her stated residence and at a purported office site, but has not yet been successful, and requires additional time to do so.

                                      Respectfully submitted,

September 16, 2020                             /s/ *Timothy Cornell*
Boston, MA                                   Timothy Cornell BBO # 654412
                                                 Cornell Dolan, P.C.
                                                 One International Place, Suite 1400
                                                 Boston, MA 02110