UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

DR. SHIVA AYYADURAI,                )
        Plaintiff,                )
                                    )
   v.                              ) Civ. No.  1:20-cv-10910-WGY
                                    )
ERIN ELIZABETH FINN,                )
        Defendant.               )

_____

### THIRD REQUEST FOR ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT

    In accordance with Fed. R. Civ. P. 4(m), Plaintiff Shiva Ayyadurai requests an additional 30-day extension, to July 11, 2021, to serve the summons and complaint in the above-captioned action. Fed. R. Civ. P. 4(m) provides that such leave should be freely granted for good cause shown. In light of the Court's extension to this date for time to serve, in the past week, Plaintiff Ayyadurai has attempted to serve the Defendant at her purported residence in Schaumberg, Illinois, a purported office in Hoffman Estates, Illinois, her stated residence in Ormand Beach, Florida, and at a purported office site in Cape Coral, Florida. As it appears the Defendant is attempting to evade service, the Plaintiff requires additional time to serve her.

                                                             Respectfully submitted,

June 11, 2021                                      /s/ *Timothy Cornell*
Boston, MA                                        Timothy Cornell BBO # 654412
                                                      Cornell Dolan, P.C.
                                                      Ten Post Office Square, Suite 800 South
                                                      Boston, MA 02109