UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AYYADURAI<br>Plaintiff<br><br>v.<br><br>FINN<br>Defendant | CIVIL ACTION<br><br>NO.   20-10910-WGY |

## NOTICE

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action will be dismissed without further notice after thirty (30) days from the date of this Notice subject only to compliance with the provisions of subdivision (a)(3) of this Rule.

ROBERT M. FARRELL
CLERK OF COURT

 June 16, 2022             By:    /s/ Jennifer Gaudet
Date                                     Deputy Clerk