# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AYYADURAI,<br>    Plaintiff | )<br>)<br>) |
| | )          Civil Action<br>)          No. 20-10910-WGY |
| FINN,<br>    Defendant | )<br>) |

## ORDER OF DISMISSAL

YOUNG, D.J.

    Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on   June 16, 2022 (DE 10)  ,  it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 January 3, 2023                    /s/ Jennifer Gaudet
Date                                         Deputy Clerk